1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN                                                JS-6
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER, CSB No. 107014
4  Assistant United States Attorney
            411 West Fourth Street, Suite 8000
5           Santa Ana, California 92701
            Telephone: (714) 338-3532
6           Facsimile: (714) 338-3523
            E-mail   : marcus.kerner@usdoj.gov

Attorneys for Defendant, Michael J. Astrue,
Commissioner of Social Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FLORENCE L. LUCERO, | No. CV 08-5160-AN |
| Plaintiff, | JUDGMENT FOR REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: January 16, 2009

                              /s/      ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE

1  Presented by:

2  THOMAS. P. O'BRIEN
United States Attorney
3  LEON W. WEIDMAN
Assistant United States Attorney
4  Chief, Civil Division

5  /s/ Marcus M. Kerner

6  _____
MARCUS M. KERNER
Assistant United States Attorney

7  Attorneys for Defendant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28